

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 09-40087 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| JAMES ARCHAMBAULT, a/k/a James Skunk, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon review of Document 14 filed today by James Archambault, it is apparent that he wrote matters in the letter which more appropriately should be discussed with his lawyer and which are not in his best interests as to the current charge against him. Moreover, because defendant is represented by counsel, any and all motions must be made through his lawyer. *See United States v. Stanko*, 491 F.3d 408, 411 fn. 2 (8th Cir. 2007); *United States v. Peck*, 161 F.3d 1171, 1174 fn. 2 (8th Cir. 1998). It is ORDERED that

The motion is denied. Document 14 shall be filed under seal until further Order of the court and a copy of the letter shall be furnished to Mr. Archambault's lawyer. After Mr. Archambault confers with counsel, upon the request of counsel the document may be unsealed.

Dated this 17 day of September, 2009

BY THE COURT:

John E. Simko
United States Magistrate Judge